# EXHIBIT

# A

SUMM

# District Court
CLARK COUNTY, NEVADA

Shannon Green, an individual;

Plaintiff,

vs.

Allegiant Air, LLC, a Nevada limited liability company; EMPLOYEE(S)/AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20, inclusive,

Defendants.

Case No. A-14-711288-C
Dept. No. V

## SUMMONS

**NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW.**

**TO THE DEFENDANT:** A Civil Complaint has been filed by the plaintiff against you for the relief set forth in the Complaint.

**ALLEGIANT AIR, LLC c/o SCOTT SHELDON**

1. If you intend to defend this lawsuit, within 20 days after this Summons is served on you exclusive of the day of service, you must do the following:
   a. File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court.
   b. Serve a copy of your response upon the attorney whose name and address is shown below.

2. Unless you respond, your default will be entered upon application of the plaintiff and this Court may enter a judgment against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint.

3. If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.

Issued at the request of:

Christian Gabroy
Nevada Bar No. 8805
170 S. Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Attorney for Plaintiff

STEVEN D. GRIERSON, CLERK OF COURT

DISTRICT COURT SEAL

By: CHAUNTE PAHN DEC 2 3 2014
Deputy Clerk Date
County Courthouse
200 South Third Street
Las Vegas, Nevada 89101

*NOTE: When service is by publication, add a brief statement of the object of the action. See Rules of Civil Procedure, Rule 4(b).

STATE OF ______________________________)
) ss: AFFIDAVIT OF SERVICE
COUNTY OF_____________________________)

______________________________, being duly sworn says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age, not a party to or interested in the proceeding in which this affidavit is made. That affiant received ________________________ copy(ies) of the Summons and Complaint, on the ___ day of _____________, 2014 and served the same on the ____ day of ______________, 2014 by:

**(affiant must complete the appropriate paragraph)**

1. delivering and leaving a copy with the defendant __________________________________________ at (state address)______________________________________________________________.
2. serving the defendant __________________________________ by personally delivering and leaving a copy with , a person of suitable age and discretion residing at the defendant's usual place of abode located at (state address) ______________________________.

(Use paragraph 3 for service upon agent, completing A or B)

3. serving the defendant ___________________________________ by personally delivering and leaving a copy at (state address) ____________________________________________________________.

a. with ____________________________ as ________________________, an agent lawfully designated by statute to accept service of process;

b. with __________________________________________, pursuant to NRS 14.020 as a person of suitable age and discretion at the above address, which address is the address of the resident agent as shown on the current certificate of designation filed with the Secretary of State.

4. personally depositing a copy in a mail box of the United States Post Office, enclosed in a sealed envelope postage prepaid (check appropriate method):

_____ Ordinary mail
_____ Certified mail, return receipt requested
_____ Registered mail, return receipt requested

addressed to the defendant __________________________ at the defendant's last known address which is (state address) ____________________________________________________________________.

Executed this _____ day of _____, 20_____.

______________________________
Signature of person making service

SUBSCRIBED AND SWORN to before me this

____ day of ______________, 2014.

NOTARY PUBLIC in and for said County and State

My commission expires:

# EXHIBIT

# B

Electronically Filed
12/17/2014 12:36:34 PM

CLERK OF THE COURT

COMP
GABROY LAW OFFICES
Christian Gabroy (#8805)
Ivy Hensel (#13502)
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel (702) 259-7777
Fax (702) 259-7704
christian@gabroy.com
*ATTORNEYS FOR PLAINTIFF*

**DISTRICT COURT**

**EIGHTH JUDICIAL DISTRICT COURT, CLARK COUNTY NEVADA**

| | |
|---|---|
| Shannon Green, an individual;<br><br>Plaintiff,<br>vs.<br><br>Allegiant Air, LLC, a Nevada limited liability company; EMPLOYEE(S)/AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20, inclusive,<br><br>Defendants. | Case No.: A-14-711288-C<br>Dept.: V<br><br>**COMPLAINT**<br><br>**(JURY DEMAND)** |

COMES NOW Plaintiff Shannon Green ("Plaintiff" or "Green,") by and through her attorney, Christian Gabroy, Esq. of Gabroy Law Offices, and hereby alleges and complains against Defendant Allegiant Air, LLC ("Defendant" or "Allegiant Air") as follows:

**<u>JURISDICTION AND VENUE</u>**

1. This is a civil action for damages under state and federal laws prohibiting unlawful employment actions and to secure the protection of and to redress deprivation of rights under these laws.

2. Jurisdiction and venue is based upon 28 U.S.C. § 2617(a)(2), NRS Chapter 613, 42 U.S.C. §2000e, *et. seq.*

GABROY LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 259-7777 FAX: (702) 259-7704

3. Plaintiff demands a jury trial on all issues triable by jury herein.

4. All alleged unlawful employment actions occurred in this judicial district.

## THE PARTIES

5. Plaintiff, at all relevant times, was an employee of Defendant as that term is defined in Title VII of the Civil Rights Act of 1964, 42 USC §2000e, and NRS Chapter 613.

6. At all times relevant, Defendant was a domestic limited liability company organized under the laws of Nevada. Defendant was Plaintiff's employer as that term is defined by 42 U.S.C.A §2000e and NRS Chapter 613.

7. DOE DEFENDANTS I-X, inclusive, are persons and ROE DEFENDANTS XI-XX, inclusive, are corporations or business entities (collectively referred to as "DOE/ROE DEFENDANTS"), whose true identities are unknown to Plaintiff at this time. These ROE CORPORATIONS may be parent companies, subsidiary companies, owners, predecessor or successor entities, or business advisors, de facto partners, Plaintiff's employer, or joint venturers of Defendants. Individual DOE DEFENDANTS are persons acting on behalf of or at the direction of any Defendants or who may be officers, employees, or agents of Defendants and/or a ROE CORPORATION or a related business entity. These DOE/ROE Defendants are Plaintiff's employer(s) and are liable for Plaintiff's damages alleged herein for their unlawful employment actions/omissions. Plaintiff will seek leave to amend this Complaint as soon as the true identities of DOE/ROE DEFENDANTS are revealed to Plaintiff.

## PROCEDURAL REQUIREMENTS

8. Plaintiff has satisfied all administrative and jurisdictional requirements necessary to maintain this lawsuit. Plaintiff timely filed her charges of discrimination with the Equal Employment Opportunity Commission ("EEOC") on or about November 2,

GABROY LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 259-7777 FAX: (702) 259-7704

2012. A true and correct copy of Plaintiff's charge of discrimination is attached hereto as Exhibit I. Such allegations of Exhibit I are hereby incorporated herein this Complaint.

9.     On or about September 29, 2014, the EEOC issued Plaintiff a Notice of Right to Sue. *See* a true and correct copy of Plaintiff's right to sue attached hereto as Exhibit II.

## FACTUAL ALLEGATIONS

10.     On or about August 31, 2005, Plaintiff was hired by Defendant and began work for Defendant as a first officer.

11.     Plaintiff proved to be an exemplary employee.

12.     Plaintiff is a female.

13.     Plaintiff was degraded, harassed, and spoken to in a condescending manner while working as a first officer to Captain Robinson. While working with Captain Robinson, he would make humiliating comments towards Plaintiff and become extremely agitated towards her.

14.     While working with Captain Robinson, when requesting a checklist referred to as the "below the line" checklist, Captain Robinson would state "blow me" to Plaintiff.

15.     During flight, while reading a newspaper, Captain Sessums, a male captain, passed a photo in the newspaper of models wearing only lingerie to Plaintiff and stated, "I'm sure you'd be interested in this."

16.     Captain Blackwood, a male captain and check airman, would take Plaintiff's hand and massage it. In addition, Captain Blackwood rubbed his moustache along Plaintiff's arm on subsequent occasions.

17.     In or around April of 2011, Plaintiff completed the written exam for initial 757 ground school.

GABROY LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 259-7777 FAX: (702) 259-7704

18.     In or around May of 2011, Plaintiff completed first officer simulator training, the corresponding written exam, and the simulator check ride.

19.     In or around July of 2011, Plaintiff completed first officer initial operating experience ("IOE").

20.     Plaintiff was informed that management had an issue with the way that Plaintiff styled her hair. Subsequently, Plaintiff began to tie her hair up.

21.     In or around October of 2011, Plaintiff was qualified and had seniority to begin captain upgrade training. Plaintiff was overlooked to begin captain upgrade training while a male pilot with less seniority than Plaintiff was favored and allowed to begin captain upgrade training.

22.     Subsequently, Plaintiff protested to Defendant that she was overlooked to begin captain upgrade training. After protesting, Plaintiff was able to begin captain upgrade training.

23.     In or around October of 2011, Plaintiff completed recurrent ground school and the corresponding written exam.

24.     In or around November of 2011, Plaintiff completed captain simulator training, the corresponding oral exam, and the simulator ride check.

25.     In or around December of 2011, Plaintiff was scheduled to complete captain IOE training with Captain Robinson as the Check Airman.

26.     Plaintiff expressed her fear of being assigned to complete captain IOE training with Captain Robinson due to past harassment and discrimination.

27.     Plaintiff requested to be assigned to another Check Airman other than Captain Robinson. Such request was denied.

28.     Prior to Plaintiff's captain IOE training exercise with Captain Robinson,

GABROY LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 259-7777 FAX: (702) 259-7704

Captain Robinson stated to co-workers of Plaintiff that "there [was] no way Shannon

Green is going to pass IOE because I am going to take her down."

29.     During the captain IOE training exercise with Captain Robinson, Plaintiff is

required, according to policy and procedure, to direct the Check Airman to lower the

airplane flaps to slow the airplane down and prepare for landing. According to policy and

procedure, Plaintiff is not allowed to lower the flaps herself.

30.     During the captain IOE training exercise with Captain Robinson, upon

Plaintiff's first request to lower the flaps, Captain Robinson refused. The airplane

continued to approach the landing. Plaintiff again requested that Captain Robinson lower

the flaps. Captain Robinson again refused to lower the flaps.

31.     There was no mechanical reason for Captain Robinson to refuse to lower

the flaps when Plaintiff requested it.

32.     As a result of and during Plaintiff's experience during her captain IOE

training exercise with Captain Robinson, she experienced extreme distress.

33.     Subsequently, Plaintiff opposed the harassment, discrimination, and

treatment that she experienced.

34.     Plaintiff contacted Fleet Manager and Check Airman, Mr. Bob Jones, to

oppose the harassment, discrimination, and treatment that she experienced.

35.     In addition, Plaintiff contacted Chief Pilot, Mr. Mark Grock, and the Director

of Flight Standards and Training, Mr. Steve Ostrander, to oppose in writing the

harassment, discrimination, treatment, and adverse working conditions that Plaintiff

experienced.

36.     In or around January 2012, in response to Plaintiff's opposition to adverse

working conditions, Defendant held a review board consisting of seven males.

GABROY LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 259-7777  FAX: (702) 259-7704

37. Customarily, a review board is held when a pilot fails a training event.

38. Plaintiff did not fail a training event.

39. During the review board, Plaintiff informed the review board that she experienced hostility and stress during captain IOE training with Captain Robinson.

40. In or around February of 2012, following the review board, Plaintiff was terminated by Defendant.

**COUNT I**
**SEXUAL DISCRIMINATION/HARASSMENT**
**TITLE VII 42 USC §2000e-2; NRS 613.330**

41. Plaintiff hereby realleges and incorporates paragraphs 1 through 40 of this Complaint as though fully set forth herein.

42. As set forth, Plaintiff is a member of a protected class, female.

43. Plaintiff was discriminated against and terminated on the basis of her sex.

44. Defendant made unlawful statements degrading and harassing Plaintiff as a female. Such actions constitute unlawful sex discrimination and harassment.

45. Plaintiff was inappropriately touched by male agents of Defendant who had seniority over her.

46. Despite Plaintiff's seniority, Defendant did not initially allow Plaintiff to begin captain upgrade training, but allowed a male with less seniority to begin captain upgrade training.

47. Plaintiff opposed the harassment, discrimination, and adverse working conditions she experienced.

48. Defendant has acted willfully and maliciously, and with oppression, fraud, or malice, and as a result of Defendant's wrongful conduct, Plaintiff is entitled to an award of exemplary or punitive damages.

GABROY LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 259-7777 FAX: (702) 259-7704

49. The acts and/or omissions of the Defendant and their agents complained of herein are in violation of Title VII/NRS 613.330 *et. seq.* by creating a hostile work environment for Plaintiff and terminating Plaintiff on the basis of her sex.

50. This treatment was sufficiently severe or pervasive as to alter the compensation, terms, conditions, or privileges of her employment, and limited and deprived Plaintiff of employment opportunities which adversely affected her status as an employee.

51. The conduct of Defendant has been malicious, fraudulent or oppressive and was designed to vex, annoy, harass or humiliate Plaintiff and, thus, Plaintiff is entitled to punitive damages with respect to her claim.

52. As a result of Defendants' conduct, as set forth herein, Plaintiff has been required to retain the services of an attorney and, as a direct, natural, and foreseeable consequence thereof, has been damaged thereby, and is entitled to reasonable attorney's fees and costs.

GABROY LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 259-7777 FAX: (702) 259-7704

## COUNT II
## RETALIATION
## TITLE VII 42 USC §2000e-3(a)/NRS 613.340

53. Plaintiff hereby realleges and incorporates paragraphs 1 through 52 of this Complaint as though fully set forth herein.

54. As more set forth above, Defendant retaliated against Plaintiff when she opposed unlawful conduct, in good faith, as detailed in her internal complaint and review with Defendant.

55. A temporal proximity exists in relation to Plaintiff's internal complaints of unlawful conduct and Plaintiff's resulting termination. Defendant subjected Plaintiff to undeserved disciplinary conduct and eventual termination almost immediately after

Plaintiff notified Defendant verbally and in writing that she believed she was being subjected to adverse working conditions.

56. Defendant retaliated against Plaintiff when she opposed discrimination and unlawful conduct by terminating Plaintiff and subjecting her to harassing behavior.

57. This retaliatory action was in response to Plaintiff's opposition to Defendant's unlawful discrimination.

58. Defendant's aforementioned conduct constituted retaliation and adverse employment action in violation of NRS 613.340 and 42 USC §2000e-3(a) which prohibit discrimination against an employee who opposes an unlawful employment practice.

59. Defendant specifically targeted Plaintiff because she opposed unlawful employment practices including sex discrimination.

60. Defendant took adverse actions against Plaintiff because she complained of her disparate treatment and, as a result, Defendant has engaged in a discriminatory practice with malice and/or reckless disregard to Plaintiff's protected rights. As a result, Plaintiff has been damaged.

61. As a direct and proximate result of Defendant's unlawful activity, Plaintiff has sustained damages in excess of Ten Thousand Dollars ($10,000.00).

62. The conduct of Defendant has been malicious, fraudulent, or oppressive and was designed to vex, annoy, harass, or humiliate Plaintiff and thus Plaintiff is entitled to punitive damages with respect to her claim against this Defendant.

63. Plaintiff has been forced to obtain counsel to seek redress for Defendant's legal violations and thus is entitled to recoup her attorney's fees and costs.

**WHEREFORE,** Plaintiff prays for a judgment against Defendant as follows:

A. For general damages in excess of $10,000.00;

GABROY LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 259-7777 FAX: (702) 259-7704

B. For special damages, where applicable, in excess of $10,000.00;

C. For compensatory damages in excess of $10,000.00;

D. For reasonable attorneys' fees and costs incurred in filing this action;

E. For punitive damages on claims warranting such damages;

F. Such other and further relief as this Court deems appropriate and just.

Dated this ___ day of December 2014.

Respectfully submitted,

GABROY LAW OFFICES

By _/s/_Christian Gabroy___________

CHRISTIAN GABROY (#8805)
The District at Green Valley Ranch
170 South Green Valley Parkway,
Suite 280
Henderson, Nevada 89012
Tel (702) 259-7777
Fax (702) 259-7704

GABROY LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 259-7777 FAX: (702) 259-7704

# EXHIBIT I

EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To: [ ] FEPA [X] EEOC

Agency(ies) Charge No(s): 485-2012-00457

California Department Of Fair Employment & Housing and EEOC

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Shannon M. Green | | 05-12-1964 |

Street Address / City, State and ZIP Code: [redacted]

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| ALLEGIANT AIR LLC | 500 or more | (702) 851-7300 |

Street Address / City, State and ZIP Code: 8360 S. Durango Drive, Las Vegas, NV 89113

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

Street Address / City, State and ZIP Code:

DISCRIMINATION BASED ON (Check appropriate box(es).)

[ ] RACE [ ] COLOR [X] SEX [ ] RELIGION [ ] NATIONAL ORIGIN
[X] RETALIATION [ ] AGE [ ] DISABILITY [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 04-1-2011 Latest: 02-03-2012
[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

Since August 2005, I have been employed by Respondent as a Pilot.

Throughout my employment, I have been subjected to differential treatment as a female Pilot by Respondent and Check Airman Captain Gloyd Robinson.

Prior to April 2011, I was subjected to degrading sexist comments by Check Airman Captain Gloyd Robinson. On one occasion, during a flight taxi, Robinson yelled "Cock Sucker" after a ground crew made a mistake. In many other instances, instead of asking for a "below the line" checklist, Robinson would say "Blow me".

In October 2011, I was passed over for Captain Upgrade Training in favor of a male Pilot who had lesser seniority than me.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – When necessary for State and Local Agency Requirements

I declare under penalty of perjury that the above is true and correct.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

28 OCT 12 [signature]

Date — Charging Party Signature

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

RECEIVED NOV 02 2012 EEOC-LVLO

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br><br>485-2012-00457 |
|---|---|---|
| California Department Of Fair Employment & Housing (State or local Agency, if any) | | and EEOC |

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)*):

In December 2011, I underwent Captain IOE training with Check Airman Captain Gloyd Robinson. During the training, I asked Robinson to apply the brakes as we were flying into the airport. However, Robinson refused. Just prior to training, Captain Robinson told co-workers "There is no way Shannon Green is going to pass IOE because I am going to take her down."

Shortly thereafter, in December 2011, I informed Fleet Manager Captain Robert Jones and Chief Pilot Captain Mark Grock about Check Airman Captain Gloyd Robinson's behavior towards me.

In January 2012, I was told by Chief Pilot Captain Mark Grock to put my complaint in writing. A review board was held as a result of my complaint. I had to explain details of the hostile work environment in front of panel of seven males.

In February 2012, I was discharged.

I believe I have been discriminated against because of my sex (female) and in retaliation for complaining about discrimination, in violation of Title VII of the Civil Rights Act of 1964 , as amended.

| | |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
| I declare under penalty of perjury that the above is true and correct.<br><br>28 OCT 12 — [signature]<br>*Date* — *Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |

# EXHIBIT II

EEOC Form 161 (11/09)

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

# DISMISSAL AND NOTICE OF RIGHTS

To: Shannon M. Green
[redacted]
[redacted]

From: Fresno Local Office
2300 Tulare Street
Suite 215
Fresno, CA 93721

☐ *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 485-2012-00457 | Benjamin A. Lidholm, Investigator | (559) 487-5795 |

THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

## - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

[signature]

Melissa Barrios,
Director

9/29/14
*(Date Mailed)*

Enclosures(s)

cc: John Krason
Allegiant Employee Relations Manager
ALLEGIANT AIR LLC
8360 S. Durango Drive
Las Vegas, NV 89113

# EXHIBIT

# C

**IAFD**
GABROY LAW OFFICES
Christian Gabroy (#8805)
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel (702) 259-7777
Fax (702) 259-7704
christian@gabroy.com
*Attorneys for Plaintiff*

**EIGHTH JUDICIAL DISTRICT COURT**

**CLARK COUNTY NEVADA**

| | |
|---|---|
| Shannon Green, an individual;<br><br>Plaintiff,<br>vs.<br><br>Allegiant Air, LLC, a Nevada limited liability company; EMPLOYEE(S)/AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20, inclusive,<br><br>Defendants. | Case No.: A-14-711288-C<br>Dept.: V<br><br>**Initial Appearance Fee Disclosure** |

Pursuant to NRS Chapter 19, filing fees are submitted for parties appearing in the above-captioned action as indicated below:

| | |
|---|---|
| Shannon Green, Plaintiff | $270.00 |
| TOTAL REMITTED | $270.00 |

Dated this 17th day of December 2014.

GABROY LAW OFFICES.

By:_____/s/_______________

Christian Gabroy (#8805)
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel (702) 259-7777
Fax (702) 259-7704
Christian@gabroy.com

GABROY LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 259-7777 FAX: (702) 259-7704

# EXHIBIT

# D

# DISTRICT COURT CIVIL COVER SHEET

Clark County, Nevada

Case No. A-14-711288-C Dept V
*(Assigned by Clerk's Office)*

## I. Party Information *(provide both home and mailing addresses if different)*

| Plaintiff(s) (name/address/phone): | Defendant(s) (name/address/phone): |
|---|---|
| SHANNON GREEN | ALLEGIANT AIR, LLC, A Nevada Limited Liability Company, |
| | AGENT(S) DOES 1-10; AND ROE CORPORATIONS 11-20 |
| | INCLUSIVE. |
| Attorney (name/address/phone): | Attorney (name/address/phone): |
| Gabroy Law Offices | |
| 170 S Green Valley Parkway, Suite 280 | |
| Henderson, NV 89012 | |
| (702) 259-7777 | |

## II. Nature of Controversy *(please select the one most applicable filing type below)*

### Civil Case Filing Types

**Real Property**

Landlord/Tenant
- [ ] Unlawful Detainer
- [ ] Other Landlord/Tenant

Title to Property
- [ ] Judicial Foreclosure
- [ ] Other Title to Property

Other Real Property
- [ ] Condemnation/Eminent Domain
- [ ] Other Real Property

**Torts**

Negligence
- [ ] Auto
- [ ] Premises Liability
- [ ] Other Negligence

Malpractice
- [ ] Medical/Dental
- [ ] Legal
- [ ] Accounting
- [ ] Other Malpractice

Other Torts
- [ ] Product Liability
- [ ] Intentional Misconduct
- [X] Employment Tort
- [ ] Insurance Tort
- [ ] Other Tort

**Probate**

Probate *(select case type and estate value)*
- [ ] Summary Administration
- [ ] General Administration
- [ ] Special Administration
- [ ] Set Aside
- [ ] Trust/Conservatorship
- [ ] Other Probate

Estate Value
- [ ] Over $200,000
- [ ] Between $100,000 and $200,000
- [ ] Under $100,000 or Unknown
- [ ] Under $2,500

**Construction Defect & Contract**

Construction Defect
- [ ] Chapter 40
- [ ] Other Construction Defect

Contract Case
- [ ] Uniform Commercial Code
- [ ] Building and Construction
- [ ] Insurance Carrier
- [ ] Commercial Instrument
- [ ] Collection of Accounts
- [ ] Employment Contract
- [ ] Other Contract

**Judicial Review/Appeal**

Judicial Review
- [ ] Foreclosure Mediation Case
- [ ] Petition to Seal Records
- [ ] Mental Competency

Nevada State Agency Appeal
- [ ] Department of Motor Vehicle
- [ ] Worker's Compensation
- [ ] Other Nevada State Agency

Appeal Other
- [ ] Appeal from Lower Court
- [ ] Other Judicial Review/Appeal

**Civil Writ**

Civil Writ
- [ ] Writ of Habeas Corpus
- [ ] Writ of Mandamus
- [ ] Writ of Quo Warrant
- [ ] Writ of Prohibition
- [ ] Other Civil Writ

**Other Civil Filing**

Other Civil Filing
- [ ] Compromise of Minor's Claim
- [ ] Foreign Judgment
- [ ] Other Civil Matters

*Business Court filings should be filed using the Business Court civil coversheet.*

12/17/14
Date

Signature of initiating party or representative

*See other side for family-related case filings.*

# EXHIBIT

# E

**NOTC**
JOHN H. MOWBRAY, ESQ.
Nevada Bar No. 1140
AMY ABDO, ESQ.
Nevada Bar No. 6881
KEVIN M. GREEN, ESQ.
Nevada Bar No. 12384
**FENNEMORE CRAIG JONES VARGAS**
300 S. Fourth Street, Suite 1400
Las Vegas, Nevada 89101
Telephone: (702) 692-8000
Email: jmowbray@fclaw.com
Email: amy@fclaw.com
Email: kgreen@fclaw.com
*Attorneys for Defendant*
*Allegiant Air, LLC*

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

SHANNON GREEN, an individual,

Plaintiff,

v.

ALLEGIANT AIR, LLC, a Nevada Limited Liability Company; EMPLOYEE(S)/AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20, inclusive,

Defendants.

CASE NO. A-14-711288-C
DEPT NO.: V

**NOTICE OF FILING NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT**

TO THE HONORABLE COURT, CLERK OF THE COURT, ALL INTERESTED PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendant Allegiant Air, LLC ("Allegiant") has removed this action to the United States District Court for the District of Nevada pursuant to 28 U.S.C. §§ 1331, 1367, 1441(a), and 1446, by the filing of a Notice of Removal in the United States District Court for the District of Nevada on January 20, 2015. A true and correct copy of Allegiant's Notice of Removal (without exhibits) is attached as Exhibit A.

DATED: January 20, 2015.

**FENNEMORE CRAIG JONES VARGAS**

By: /s/ Amy Abdo

John H. Mowbray, Esq.
Nevada Bar No. 1140
Amy Abdo, Esq.
Nevada Bar No. 6881
Kevin M. Green, Esq.
Nevada Bar No. 12384
300 S. Fourth Street, Suite 1400
Las Vegas, Nevada 89101
Telephone: (702) 692-8000
Facsimile: (702) 692-8099

**CERTIFICATE OF SERVICE**

Pursuant to NRCP 5(b), I hereby certify that I am an employee of Fennemore Craig Jones Vargas and that on January 20, 2015, service of the NOTICE OF FILING NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT was made on the following counsel of record and/or parties by (1) depositing a true and correct copy of the same in the U.S. Mail, postage pre-paid, addressed below, and (2) electronic transmission to all parties appearing on the electronic service list in Odyssey E-File & Serve (Wiznet):

**Person(s) Served:**
Christian Gabroy
Ivy Hensel
Gabroy Law Offices
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, NV 89012
Attorneys for Plaintiff

/s/ Jeannie Hobert
An Employee of Fennemore Craig Jones Vargas

# EXHIBIT

# A

**FENNEMORE CRAIG JONES VARGAS**
JOHN H. MOWBRAY, ESQ.
Nevada Bar No. 1140
AMY ABDO, ESQ.
Nevada Bar No. 6881
KEVIN M. GREEN, ESQ.
Nevada Bar No. 12384
300 S. Fourth Street, Suite 1400
Las Vegas, Nevada 89101
Telephone: (702) 692-8000
Email: jmowbray@fclaw.com
Email: amy@fclaw.com
Email: kgreen@fclaw.com
*Attorneys for Defendant*
*Allegiant Air, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

SHANNON GREEN, an individual,

Plaintiff,

v.

ALLEGIANT AIR, LLC, a Nevada Limited Liability Company; EMPLOYEE(S)/AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20, inclusive,

Defendants.

No.

**NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT**

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441(a), and 1446 Defendant Allegiant Air, LLC ("Allegiant") submits this Notice of Removal, which is supported by the following grounds.

1. Allegiant has been served with a Summons and Complaint in a civil matter entitled *Green v. Allegiant Air, LLC et al*, bearing case number A-14-711288-C, which is pending in the Eighth Judicial District Court, Clark County, Nevada, a state court within the District of Nevada. Copies of the Summons and Complaint were served on and received by Allegiant on December 29, 2014 and are attached as Exhibits A and B respectively.

2. In addition to the Summons and Complaint, a Civil Cover Sheet and Initial Appearance Fee Disclosure were served on Allegiant. Copies of the Civil Cover Sheet and Initial Appearance Fee Disclosure are attached as Exhibits C and D respectively. A copy of the Notice of Filing Notice of Removal to United States District Court, which Allegiant filed on January 20, 2015, is attached as Exhibit E.

3. The Summons, Complaint, Civil Cover Sheet, and Initial Appearance Fee Disclosure are all of the pleadings, process, and other papers served on Allegiant to date in this action.

4. The Complaint alleges, among other things, that Allegiant: (1) discriminated against and harassed Plaintiff in violation of "Title VII [of the Civil Rights Act of 1964] 42 U.S.C. § 2000e-2" and analogous state law (Complaint [Exhibit B], 6:8-7:16); and (2) retaliated against Plaintiff in violation of "Title VII [of the Civil Rights Act of 1964] 42 U.S.C. § 2000e-3(a)" and analogous state law (*id.* at 7:17-8:25).

5. Plaintiff's claims for relief under Nevada law are identical to and premised on the same allegations as those pled in support of Plaintiff's claims under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.* ("Title VII"). *See generally* Complaint.

6. Allegiant has not pled, answered, or otherwise appeared in this action.

7. Allegiant filed this Notice of Removal within thirty (30) days after receiving the initial pleading setting forth the claims for relief upon which Plaintiff's action is based. Pursuant to 28 U.S.C. § 1446(b), removal is timely.

8. By reason of the foregoing facts: (a) the district courts of the United States have original jurisdiction over this civil action under 28 U.S.C. § 1331 because the Complaint raises questions and asserts right under federal law (*e.g.*, Title VII); (b) the district courts of the United States have supplemental jurisdiction over Plaintiff's state law claims because those claims are so related to Plaintiff's Title VII claims that they form a part of the same case and controversy; and (c) the case is removable pursuant to 28 U.S.C. § 1441.

9. A copy of this Notice of Removal has been filed with the Clerk of the Eighth Judicial District Court, Clark County, Nevada.

Accordingly, Allegiant requests that this action be removed from the Eighth Judicial District Court, Clark County, Nevada, to the United States District Court for the District of Nevada and that no further proceedings occur in the Eighth Judicial District Court.

DATED: January 20, 2015.

**FENNEMORE CRAIG JONES VARGAS**

By: /s/ Amy Abdo
John H. Mowbray, Esq.
Nevada Bar No. 1140
Amy Abdo, Esq.
Nevada Bar No. 6881
Kevin M. Green, Esq.
Nevada Bar No. 12384
300 S. Fourth Street, Suite 1400
Las Vegas, Nevada 89101
Telephone: (702) 692-8000
Facsimile: (702) 692-8099

**CERTIFICATE OF SERVICE**

Pursuant to Local Rule 5-1, I hereby certify that on January 20, 2015 I electronically transmitted the attached document to the Office of the Clerk of the United States District Court for the District of Nevada using the Court's CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel of record in this matter. A copy also has been sent by U.S. Mail to:

Christian Gabroy
Ivy Hensel
Gabroy Law Offices
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, NV 89012
Attorneys for Plaintiff

/s/ Jeannie Hobert
An Employee of Fennemore Craig Jones Vargas

9871850

# EXHIBIT

# A

SUMM

CLARK COUNTY, NEVADA

Shannon Green, an individual;

Plaintiff,

vs.

Allegiant Air, LLC, a Nevada limited liability company; EMPLOYEE(S)/AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20, inclusive,

Defendants.

Case No. A-14-711288-C
Dept. No. V

## SUMMONS

NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW.

TO THE DEFENDANT: A Civil Complaint has been filed by the plaintiff against you for the relief set forth in the Complaint.

ALLEGIANT AIR, LLC c/o SCOTT SHELDON

1. If you intend to defend this lawsuit, within 20 days after this Summons is served on you exclusive of the day of service, you must do the following:

   a. File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court.

   b. Serve a copy of your response upon the attorney whose name and address is shown below.

2. Unless you respond, your default will be entered upon application of the plaintiff and this Court may enter a judgment against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint.

3. If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.

Issued at the request of:

Christian Gabroy
Nevada Bar No. 8805
170 S. Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Attorney for Plaintiff

STEVEN D. GRIERSON, CLERK OF COURT

By: CHAUNTE HAHN DEC 2 3 2014

Deputy Clerk Date
County Courthouse
200 South Third Street
Las Vegas, Nevada 89101

DISTRICT COURT SEAL

*NOTE: When service is by publication, add a brief statement of the object of the action. See Rules of Civil Procedure, Rule 4(b).

STATE OF ________________________)
) ss: AFFIDAVIT OF SERVICE
COUNTY OF________________________)

________________________, being duly sworn says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age, not a party to or interested in the proceeding in which this affidavit is made. That affiant received ________________ copy(ies) of the Summons and Complaint, on the ___ day of __________, 2014 and served the same on the ____ day of __________, 2014 by:

**(affiant must complete the appropriate paragraph)**

1. delivering and leaving a copy with the defendant ________________________ at (state address)________________________.

2. serving the defendant ________________________ by personally delivering and leaving a copy with , a person of suitable age and discretion residing at the defendant's usual place of abode located at (state address) ________________________.

(Use paragraph 3 for service upon agent, completing A or B)

3. serving the defendant ________________________ by personally delivering and leaving a copy at (state address) ________________________.

a. with ________________________ as ________________________, an agent lawfully designated by statute to accept service of process;

b. with ________________________, pursuant to NRS 14.020 as a person of suitable age and discretion at the above address, which address is the address of the resident agent as shown on the current certificate of designation filed with the Secretary of State.

4. personally depositing a copy in a mail box of the United States Post Office, enclosed in a sealed envelope postage prepaid (check appropriate method):

_____ Ordinary mail
_____ Certified mail, return receipt requested
_____ Registered mail, return receipt requested

addressed to the defendant ________________________ at the defendant's last known address which is (state address) ________________________.

Executed this _____ day of _____, 20_____.

________________________
Signature of person making service

SUBSCRIBED AND SWORN to before me this

____ day of ______________, 2014.

NOTARY PUBLIC in and for said County and State

My commission expires:

# EXHIBIT

# B

Electronically Filed
12/17/2014 12:36:34 PM

CLERK OF THE COURT

COMP
GABROY LAW OFFICES
Christian Gabroy (#8805)
Ivy Hensel (#13502)
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel (702) 259-7777
Fax (702) 259-7704
christian@gabroy.com
*ATTORNEYS FOR PLAINTIFF*

DISTRICT COURT

EIGHTH JUDICIAL DISTRICT COURT, CLARK COUNTY NEVADA

| | |
|---|---|
| Shannon Green, an individual;<br><br>Plaintiff,<br>vs.<br><br>Allegiant Air, LLC, a Nevada limited liability company; EMPLOYEE(S)/AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20, inclusive,<br><br>Defendants. | Case No.: A-14-711288-C<br>Dept.: V<br><br>COMPLAINT<br><br>(JURY DEMAND) |

COMES NOW Plaintiff Shannon Green ("Plaintiff" or "Green,") by and through her attorney, Christian Gabroy, Esq. of Gabroy Law Offices, and hereby alleges and complains against Defendant Allegiant Air, LLC ("Defendant" or "Allegiant Air") as follows:

**JURISDICTION AND VENUE**

1. This is a civil action for damages under state and federal laws prohibiting unlawful employment actions and to secure the protection of and to redress deprivation of rights under these laws.

2. Jurisdiction and venue is based upon 28 U.S.C. § 2617(a)(2), NRS Chapter 613, 42 U.S.C. §2000e, *et. seq.*

GABROY LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 259-7777 FAX: (702) 259-7704

3. Plaintiff demands a jury trial on all issues triable by jury herein.

4. All alleged unlawful employment actions occurred in this judicial district.

## THE PARTIES

5. Plaintiff, at all relevant times, was an employee of Defendant as that term is defined in Title VII of the Civil Rights Act of 1964, 42 USC §2000e, and NRS Chapter 613.

6. At all times relevant, Defendant was a domestic limited liability company organized under the laws of Nevada. Defendant was Plaintiff's employer as that term is defined by 42 U.S.C.A §2000e and NRS Chapter 613.

7. DOE DEFENDANTS I-X, inclusive, are persons and ROE DEFENDANTS XI-XX, inclusive, are corporations or business entities (collectively referred to as "DOE/ROE DEFENDANTS"), whose true identities are unknown to Plaintiff at this time. These ROE CORPORATIONS may be parent companies, subsidiary companies, owners, predecessor or successor entities, or business advisors, de facto partners, Plaintiff's employer, or joint venturers of Defendants. Individual DOE DEFENDANTS are persons acting on behalf of or at the direction of any Defendants or who may be officers, employees, or agents of Defendants and/or a ROE CORPORATION or a related business entity. These DOE/ROE Defendants are Plaintiff's employer(s) and are liable for Plaintiff's damages alleged herein for their unlawful employment actions/omissions. Plaintiff will seek leave to amend this Complaint as soon as the true identities of DOE/ROE DEFENDANTS are revealed to Plaintiff.

## PROCEDURAL REQUIREMENTS

8. Plaintiff has satisfied all administrative and jurisdictional requirements necessary to maintain this lawsuit. Plaintiff timely filed her charges of discrimination with the Equal Employment Opportunity Commission ("EEOC") on or about November 2,

GABROY LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 259-7777 FAX: (702) 259-7704

2012. A true and correct copy of Plaintiff's charge of discrimination is attached hereto as Exhibit I. Such allegations of Exhibit I are hereby incorporated herein this Complaint.

9. On or about September 29, 2014, the EEOC issued Plaintiff a Notice of Right to Sue. *See* a true and correct copy of Plaintiff's right to sue attached hereto as Exhibit II.

## FACTUAL ALLEGATIONS

10. On or about August 31, 2005, Plaintiff was hired by Defendant and began work for Defendant as a first officer.

11. Plaintiff proved to be an exemplary employee.

12. Plaintiff is a female.

13. Plaintiff was degraded, harassed, and spoken to in a condescending manner while working as a first officer to Captain Robinson. While working with Captain Robinson, he would make humiliating comments towards Plaintiff and become extremely agitated towards her.

14. While working with Captain Robinson, when requesting a checklist referred to as the "below the line" checklist, Captain Robinson would state "blow me" to Plaintiff.

15. During flight, while reading a newspaper, Captain Sessums, a male captain, passed a photo in the newspaper of models wearing only lingerie to Plaintiff and stated, "I'm sure you'd be interested in this."

16. Captain Blackwood, a male captain and check airman, would take Plaintiff's hand and massage it. In addition, Captain Blackwood rubbed his moustache along Plaintiff's arm on subsequent occasions.

17. In or around April of 2011, Plaintiff completed the written exam for initial 757 ground school.

GABROY LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 259-7777 FAX: (702) 259-7704

18. In or around May of 2011, Plaintiff completed first officer simulator training, the corresponding written exam, and the simulator check ride.

19. In or around July of 2011, Plaintiff completed first officer initial operating experience ("IOE").

20. Plaintiff was informed that management had an issue with the way that Plaintiff styled her hair. Subsequently, Plaintiff began to tie her hair up.

21. In or around October of 2011, Plaintiff was qualified and had seniority to begin captain upgrade training. Plaintiff was overlooked to begin captain upgrade training while a male pilot with less seniority than Plaintiff was favored and allowed to begin captain upgrade training.

22. Subsequently, Plaintiff protested to Defendant that she was overlooked to begin captain upgrade training. After protesting, Plaintiff was able to begin captain upgrade training.

23. In or around October of 2011, Plaintiff completed recurrent ground school and the corresponding written exam.

24. In or around November of 2011, Plaintiff completed captain simulator training, the corresponding oral exam, and the simulator ride check.

25. In or around December of 2011, Plaintiff was scheduled to complete captain IOE training with Captain Robinson as the Check Airman.

26. Plaintiff expressed her fear of being assigned to complete captain IOE training with Captain Robinson due to past harassment and discrimination.

27. Plaintiff requested to be assigned to another Check Airman other than Captain Robinson. Such request was denied.

28. Prior to Plaintiff's captain IOE training exercise with Captain Robinson,

GABROY LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 259-7777 FAX: (702) 259-7704

Captain Robinson stated to co-workers of Plaintiff that "there [was] no way Shannon Green is going to pass IOE because I am going to take her down."

29.     During the captain IOE training exercise with Captain Robinson, Plaintiff is required, according to policy and procedure, to direct the Check Airman to lower the airplane flaps to slow the airplane down and prepare for landing. According to policy and procedure, Plaintiff is not allowed to lower the flaps herself.

30.     During the captain IOE training exercise with Captain Robinson, upon Plaintiff's first request to lower the flaps, Captain Robinson refused. The airplane continued to approach the landing. Plaintiff again requested that Captain Robinson lower the flaps. Captain Robinson again refused to lower the flaps.

31.     There was no mechanical reason for Captain Robinson to refuse to lower the flaps when Plaintiff requested it.

32.     As a result of and during Plaintiff's experience during her captain IOE training exercise with Captain Robinson, she experienced extreme distress.

33.     Subsequently, Plaintiff opposed the harassment, discrimination, and treatment that she experienced.

34.     Plaintiff contacted Fleet Manager and Check Airman, Mr. Bob Jones, to oppose the harassment, discrimination, and treatment that she experienced.

35.     In addition, Plaintiff contacted Chief Pilot, Mr. Mark Grock, and the Director of Flight Standards and Training, Mr. Steve Ostrander, to oppose in writing the harassment, discrimination, treatment, and adverse working conditions that Plaintiff experienced.

36.     In or around January 2012, in response to Plaintiff's opposition to adverse working conditions, Defendant held a review board consisting of seven males.

GABROY LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 259-7777  FAX: (702) 259-7704

37. Customarily, a review board is held when a pilot fails a training event.

38. Plaintiff did not fail a training event.

39. During the review board, Plaintiff informed the review board that she experienced hostility and stress during captain IOE training with Captain Robinson.

40. In or around February of 2012, following the review board, Plaintiff was terminated by Defendant.

**COUNT I**
**SEXUAL DISCRIMINATION/HARASSMENT**
**TITLE VII 42 USC §2000e-2: NRS 613.330**

41. Plaintiff hereby realleges and incorporates paragraphs 1 through 40 of this Complaint as though fully set forth herein.

42. As set forth, Plaintiff is a member of a protected class, female.

43. Plaintiff was discriminated against and terminated on the basis of her sex.

44. Defendant made unlawful statements degrading and harassing Plaintiff as a female. Such actions constitute unlawful sex discrimination and harassment.

45. Plaintiff was inappropriately touched by male agents of Defendant who had seniority over her.

46. Despite Plaintiff's seniority, Defendant did not initially allow Plaintiff to begin captain upgrade training, but allowed a male with less seniority to begin captain upgrade training.

47. Plaintiff opposed the harassment, discrimination, and adverse working conditions she experienced.

48. Defendant has acted willfully and maliciously, and with oppression, fraud, or malice, and as a result of Defendant's wrongful conduct, Plaintiff is entitled to an award of exemplary or punitive damages.

GABROY LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 259-7777 FAX: (702) 259-7704

GABROY LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 259-7777 FAX: (702) 259-7704

49. The acts and/or omissions of the Defendant and their agents complained of herein are in violation of Title VII/NRS 613.330 *et. seq.* by creating a hostile work environment for Plaintiff and terminating Plaintiff on the basis of her sex.

50. This treatment was sufficiently severe or pervasive as to alter the compensation, terms, conditions, or privileges of her employment, and limited and deprived Plaintiff of employment opportunities which adversely affected her status as an employee.

51. The conduct of Defendant has been malicious, fraudulent or oppressive and was designed to vex, annoy, harass or humiliate Plaintiff and, thus, Plaintiff is entitled to punitive damages with respect to her claim.

52. As a result of Defendants' conduct, as set forth herein, Plaintiff has been required to retain the services of an attorney and, as a direct, natural, and foreseeable consequence thereof, has been damaged thereby, and is entitled to reasonable attorney's fees and costs.

## COUNT II
## RETALIATION
## TITLE VII 42 USC §2000e-3(a)/NRS 613.340

53. Plaintiff hereby realleges and incorporates paragraphs 1 through 52 of this Complaint as though fully set forth herein.

54. As more set forth above, Defendant retaliated against Plaintiff when she opposed unlawful conduct, in good faith, as detailed in her internal complaint and review with Defendant.

55. A temporal proximity exists in relation to Plaintiff's internal complaints of unlawful conduct and Plaintiff's resulting termination. Defendant subjected Plaintiff to undeserved disciplinary conduct and eventual termination almost immediately after

Plaintiff notified Defendant verbally and in writing that she believed she was being subjected to adverse working conditions.

56. Defendant retaliated against Plaintiff when she opposed discrimination and unlawful conduct by terminating Plaintiff and subjecting her to harassing behavior.

57. This retaliatory action was in response to Plaintiff's opposition to Defendant's unlawful discrimination.

58. Defendant's aforementioned conduct constituted retaliation and adverse employment action in violation of NRS 613.340 and 42 USC §2000e-3(a) which prohibit discrimination against an employee who opposes an unlawful employment practice.

59. Defendant specifically targeted Plaintiff because she opposed unlawful employment practices including sex discrimination.

60. Defendant took adverse actions against Plaintiff because she complained of her disparate treatment and, as a result, Defendant has engaged in a discriminatory practice with malice and/or reckless disregard to Plaintiff's protected rights. As a result, Plaintiff has been damaged.

61. As a direct and proximate result of Defendant's unlawful activity, Plaintiff has sustained damages in excess of Ten Thousand Dollars ($10,000.00).

62. The conduct of Defendant has been malicious, fraudulent, or oppressive and was designed to vex, annoy, harass, or humiliate Plaintiff and thus Plaintiff is entitled to punitive damages with respect to her claim against this Defendant.

63. Plaintiff has been forced to obtain counsel to seek redress for Defendant's legal violations and thus is entitled to recoup her attorney's fees and costs.

**WHEREFORE**, Plaintiff prays for a judgment against Defendant as follows:

A. For general damages in excess of $10,000.00;

GABROY LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 259-7777 FAX: (702) 259-7704

B. For special damages, where applicable, in excess of $10,000.00;

C. For compensatory damages in excess of $10,000.00;

D. For reasonable attorneys' fees and costs incurred in filing this action;

E. For punitive damages on claims warranting such damages;

F. Such other and further relief as this Court deems appropriate and just.

Dated this ___ day of December 2014.

Respectfully submitted,

GABROY LAW OFFICES

By _/s/_Christian Gabroy___________

CHRISTIAN GABROY (#8805)
The District at Green Valley Ranch
170 South Green Valley Parkway,
Suite 280
Henderson, Nevada 89012
Tel (702) 259-7777
Fax (702) 259-7704

GABROY LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 259-7777 FAX: (702) 259-7704

# EXHIBIT I

EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To: [ ] FEPA [X] EEOC

Agency(ies) Charge No(s): 485-2012-00457

California Department Of Fair Employment & Housing and EEOC

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Shannon M. Green | | 05-12-1964 |

| Street Address | City, State and ZIP Code |
|---|---|
| [redacted] | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| ALLEGIANT AIR LLC | 500 or more | (702) 851-7300 |

| Street Address | City, State and ZIP Code |
|---|---|
| 8360 S. Durango Drive, Las Vegas, NV 89113 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

[ ] RACE [ ] COLOR [X] SEX [ ] RELIGION [ ] NATIONAL ORIGIN
[X] RETALIATION [ ] AGE [ ] DISABILITY [ ] GENETIC INFORMATION
[ ] OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 04-1-2011 Latest: 02-03-2012
[ ] CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

Since August 2005, I have been employed by Respondent as a Pilot.

Throughout my employment, I have been subjected to differential treatment as a female Pilot by Respondent and Check Airman Captain Gloyd Robinson.

Prior to April 2011, I was subjected to degrading sexist comments by Check Airman Captain Gloyd Robinson. On one occasion, during a flight taxi, Robinson yelled "Cock Sucker" after a ground crew made a mistake. In many other instances, instead of asking for a "below the line" checklist, Robinson would say "Blow me".

In October 2011, I was passed over for Captain Upgrade Training in favor of a male Pilot who had lesser seniority than me.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

28 OCT 12 — [signature]

Date — Charging Party Signature

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)*

RECEIVED NOV 02 2012 EEOC-LO

EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To: Agency(ies) Charge No(s):

[ ] FEPA

[X] EEOC 485-2012-00457

California Department Of Fair Employment & Housing and EEOC

*State or local Agency, if any*

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

In December 2011, I underwent Captain IOE training with Check Airman Captain Gloyd Robinson. During the training, I asked Robinson to apply the brakes as we were flying into the airport. However, Robinson refused. Just prior to training, Captain Robinson told co-workers "There is no way Shannon Green is going to pass IOE because I am going to take her down."

Shortly thereafter, in December 2011, I informed Fleet Manager Captain Robert Jones and Chief Pilot Captain Mark Grock about Check Airman Captain Gloyd Robinson's behavior towards me.

In January 2012, I was told by Chief Pilot Captain Mark Grock to put my complaint in writing. A review board was held as a result of my complaint. I had to explain details of the hostile work environment in front of panel of seven males.

In February 2012, I was discharged.

I believe I have been discriminated against because of my sex (female) and in retaliation for complaining about discrimination, in violation of Title VII of the Civil Rights Act of 1964 , as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – *When necessary for State and Local Agency Requirements*

I declare under penalty of perjury that the above is true and correct.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

28 OCT 12 [signature]

*Date* *Charging Party Signature*

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)*

# EXHIBIT II

EEOC Form 161 (11/09)

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

# DISMISSAL AND NOTICE OF RIGHTS

To: Shannon M. Green
[redacted]
[redacted]

From: Fresno Local Office
2300 Tulare Street
Suite 215
Fresno, CA 93721

☐ *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 485-2012-00457 | Benjamin A. Lidholm, Investigator | (559) 487-5795 |

THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

## - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

[signature]

Melissa Barrios,
Director

9/29/14
*(Date Mailed)*

Enclosures(s)

cc:

John Krason
Allegiant Employee Relations Manager
ALLEGIANT AIR LLC
8360 S. Durango Drive
Las Vegas, NV 89113

# EXHIBIT
# C

GABROY LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 259-7777 FAX: (702) 259-7704

**IAFD**

GABROY LAW OFFICES
Christian Gabroy (#8805)
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel (702) 259-7777
Fax (702) 259-7704
christian@gabroy.com
*Attorneys for Plaintiff*

## EIGHTH JUDICIAL DISTRICT COURT

## CLARK COUNTY NEVADA

| | |
|---|---|
| Shannon Green, an individual;<br><br>Plaintiff,<br>vs.<br><br>Allegiant Air, LLC, a Nevada limited liability company; EMPLOYEE(S)/AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20, inclusive,<br><br>Defendants. | Case No.: A-14-711288-C<br>Dept.: V<br><br>**Initial Appearance Fee Disclosure** |

Pursuant to NRS Chapter 19, filing fees are submitted for parties appearing in the above-captioned action as indicated below:

| | |
|---|---|
| Shannon Green, Plaintiff | $270.00 |
| TOTAL REMITTED | $270.00 |

Dated this 17th day of December 2014.

GABROY LAW OFFICES.

By: /s/ ____________________
Christian Gabroy (#8805)
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel (702) 259-7777
Fax (702) 259-7704
Christian@gabroy.com

# EXHIBIT

# D

# DISTRICT COURT CIVIL COVER SHEET

Clark County, Nevada

Case No. A-14-711288-C Dept V

(Assigned by Clerk's Office)

## I. Party Information *(provide both home and mailing addresses if different)*

| Plaintiff(s) (name/address/phone): | Defendant(s) (name/address/phone): |
|---|---|
| SHANNON GREEN | ALLEGIANT AIR, LLC, A Nevada Limited Liability Company, |
| | AGENT(S) DOES 1-10; AND ROE CORPORATIONS 11-20 |
| | INCLUSIVE. |
| Attorney (name/address/phone): | Attorney (name/address/phone): |
| Gabroy Law Offices | |
| 170 S Green Valley Parkway, Suite 280 | |
| Henderson, NV 89012 | |
| (702) 259-7777 | |

## II. Nature of Controversy *(please select the one most applicable filing type below)*

### Civil Case Filing Types

**Real Property**

Landlord/Tenant
- [ ] Unlawful Detainer
- [ ] Other Landlord/Tenant

Title to Property
- [ ] Judicial Foreclosure
- [ ] Other Title to Property

Other Real Property
- [ ] Condemnation/Eminent Domain
- [ ] Other Real Property

**Torts**

Negligence
- [ ] Auto
- [ ] Premises Liability
- [ ] Other Negligence

Malpractice
- [ ] Medical/Dental
- [ ] Legal
- [ ] Accounting
- [ ] Other Malpractice

Other Torts
- [ ] Product Liability
- [ ] Intentional Misconduct
- [x] Employment Tort
- [ ] Insurance Tort
- [ ] Other Tort

**Probate**

Probate *(select case type and estate value)*
- [ ] Summary Administration
- [ ] General Administration
- [ ] Special Administration
- [ ] Set Aside
- [ ] Trust/Conservatorship
- [ ] Other Probate

Estate Value
- [ ] Over $200,000
- [ ] Between $100,000 and $200,000
- [ ] Under $100,000 or Unknown
- [ ] Under $2,500

**Construction Defect & Contract**

Construction Defect
- [ ] Chapter 40
- [ ] Other Construction Defect

Contract Case
- [ ] Uniform Commercial Code
- [ ] Building and Construction
- [ ] Insurance Carrier
- [ ] Commercial Instrument
- [ ] Collection of Accounts
- [ ] Employment Contract
- [ ] Other Contract

**Judicial Review/Appeal**

Judicial Review
- [ ] Foreclosure Mediation Case
- [ ] Petition to Seal Records
- [ ] Mental Competency

Nevada State Agency Appeal
- [ ] Department of Motor Vehicle
- [ ] Worker's Compensation
- [ ] Other Nevada State Agency

Appeal Other
- [ ] Appeal from Lower Court
- [ ] Other Judicial Review/Appeal

**Civil Writ**

Civil Writ
- [ ] Writ of Habeas Corpus
- [ ] Writ of Mandamus
- [ ] Writ of Quo Warrant
- [ ] Writ of Prohibition
- [ ] Other Civil Writ

**Other Civil Filing**

Other Civil Filing
- [ ] Compromise of Minor's Claim
- [ ] Foreign Judgment
- [ ] Other Civil Matters

*Business Court filings should be filed using the Business Court civil coversheet.*

12/17/14

Date

Signature of initiating party or representative

*See other side for family-related case filings.*

# EXHIBIT
# E

**NOTC**
JOHN H. MOWBRAY, ESQ.
Nevada Bar No. 1140
AMY ABDO, ESQ.
Nevada Bar No. 6881
KEVIN M. GREEN, ESQ.
Nevada Bar No. 12384
**FENNEMORE CRAIG JONES VARGAS**
300 S. Fourth Street, Suite 1400
Las Vegas, Nevada 89101
Telephone: (702) 692-8000
Email: jmowbray@fclaw.com
Email: amy@fclaw.com
Email: kgreen@fclaw.com
*Attorneys for Defendant*
*Allegiant Air, LLC*

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

SHANNON GREEN, an individual,

Plaintiff,

v.

ALLEGIANT AIR, LLC, a Nevada Limited Liability Company; EMPLOYEE(S)/AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20, inclusive,

Defendants.

CASE NO. A-14-711288-C
DEPT NO.: V

**NOTICE OF FILING NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT**

TO THE HONORABLE COURT, CLERK OF THE COURT, ALL INTERESTED PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendant Allegiant Air, LLC ("Allegiant") has removed this action to the United States District Court for the District of Nevada pursuant to 28 U.S.C. §§ 1331, 1367, 1441(a), and 1446, by the filing of a Notice of Removal in the United States District Court for the District of Nevada on January 20, 2015. A true and correct copy of Allegiant's Notice of Removal is attached as Exhibit A.

DATED: January 20, 2015.

**FENNEMORE CRAIG JONES VARGAS**

By: */s/ Amy Abdo*

John H. Mowbray, Esq.
Nevada Bar No. 1140
Amy Abdo, Esq.
Nevada Bar No. 6881
Kevin M. Green, Esq.
Nevada Bar No. 12384
300 S. Fourth Street, Suite 1400
Las Vegas, Nevada 89101
Telephone: (702) 692-8000
Facsimile: (702) 692-8099

**CERTIFICATE OF SERVICE**

Pursuant to NRCP 5(b), I hereby certify that I am an employee of Fennemore Craig Jones Vargas and that on January 20, 2015, service of the NOTICE OF FILING NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT was made on the following counsel of record and/or parties by (1) depositing a true and correct copy of the same in the U.S. Mail, postage pre-paid, addressed below, and (2) electronic transmission to all parties appearing on the electronic service list in Odyssey E-File & Serve (Wiznet):

**Person(s) Served:**
Christian Gabroy
Ivy Hensel
Gabroy Law Offices
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, NV 89012
Attorneys for Plaintiff

/s/ Jeannie Hobert
An Employee of Fennemore Craig Jones Vargas

9922230